# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

)
**PEDRO FURTADO** )
**Plaintiff** )
)
)
**V.** )
)
**K & R FISHING ENTERPRISES, INC.** )
**Defendant** )
)

Civil Action

No.

04       12713 RWZ

RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK.___ M P.
DATE_____ 12/28/04

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states: LPC

MAGISTRATE JUDGE_____ LPC

### General Factual Allegations

1.      The Plaintiff, Pedro Furtado, is a resident of New Bedford, County of Bristol, Commonwealth of Massachusetts.

2.      The Defendant, K & R Fishing Enterprises, Inc., is a corporation, duly organized and existing under the laws of the Commonwealth of Massachusetts.

3.      On or about December 20, 2004, the Defendant, K & R Fishing Enterprises, Inc., was doing business within the Commonwealth of Massachusetts.

4.      On or about December 20, 2004, the Plaintiff, Pedro Furtado, was employed by the Defendant, K & R Fishing Enterprises, Inc.

5.      On or about December 20, 2004, the Plaintiff, Pedro Furtado, was employed by the Defendant, K & R Fishing Enterprises, Inc., as a seaman, and a member of the crew of the F/V NORTHERN EDGE.



6.    On or about December 20, 2004, the Defendant, K & R Fishing Enterprises, Inc., owned the F/V NORTHERN EDGE.

7.    The Defendant, K & R Fishing Enterprises, Inc., chartered the F/V NORTHERN EDGE from some other person or entity such that on or about December 20, 2004 the Defendant, K & R Fishing Enterprises, Inc. was the owner pro hac vice of the F/V NORTHERN EDGE.

8.    On or about December 20, 2004, the Defendant, K & R Fishing Enterprises, Inc., operated the F/V NORTHERN EDGE.

9.    On or about December 20, 2004, the Defendant, K & R Fishing Enterprises, Inc., or the Defendant's agents, servants, and/or employees, controlled the F/V NORTHERN EDGE.

10.    On or about December 20, 2004, the F/V NORTHERN EDGE was in navigable waters.

11.    On or about December 20, 2004, while in the in the performance of his duties in the service of the F/V NORTHERN EDGE, the Plaintiff, Pedro Furtado, sustained personal injuries.

12.    Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Pedro Furtado, was exercising due care.

### Jurisdiction

13.    This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §688 et. seq.

14.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1333.

## COUNT I

### Pedro Furtado v. K & R Fishing Enterprises, Inc.

### (JONES ACT NEGLIGENCE)

15.    The Plaintiff, Pedro Furtado, reiterates the allegations set forth in paragraphs 1 through 14 above.

16.    The personal injuries sustained by the Plaintiff, Pedro Furtado, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17.    As a result of said injuries, the Plaintiff, Pedro Furtado, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18.    This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Pedro Furtado, demands judgment against the Defendant, K & R Fishing Enterprises, Inc., in the amount to be determined by a jury together with interest and costs.

## COUNT II

### Pedro Furtado v. K & R Fishing Enterprises, Inc.

### (GENERAL MARITIME LAW - UNSEAWORTHINESS)

19.    The Plaintiff, Pedro Furtado, reiterates the allegations set forth in paragraphs 1 through 14 above.

3

20.    The personal injuries sustained by the Plaintiff, Pedro Furtado, were due to no fault of his, but were caused by the Unseaworthiness of the F/V NORTHERN EDGE.

21.    As a result of said injuries, the Plaintiff, Pedro Furtado has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22.    This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, Pedro Furtado, demands judgment against the Defendant, K & R Fishing Enterprises, Inc., in the amount to be determined by the jury together with interest and costs.

### COUNT III

### Pedro Furtado v. K & R Fishing Enterprises, Inc.

### (GENERAL MARITIME LAW - MAINTENANCE and CURE)

23.    The Plaintiff, Pedro Furtado, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24.    As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Pedro Furtado, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Pedro Furtado, demands judgment against the Defendant, K & R Fishing Enterprises, Inc., in the amount to be determined by the jury, together with costs and interest.

<u>COUNT IV</u>

### <u>Pedro Furtado vs. K & R Fishing Enterprises, Inc.</u>

### (GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)

25.    The Plaintiff, Pedro Furtado, reiterates the allegations set forth in paragraphs 1 through 14 above.

26.    As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Pedro Furtado, has incurred and will continue to incur expenses for his maintenance and cure.

27.    The Plaintiff, Pedro Furtado, has made demand upon the Defendant, K & R Fishing Enterprises, Inc., for the provision of maintenance and cure.

28.    The Defendant, K & R Fishing Enterprises, Inc., has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29.    As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

WHEREFORE, the Plaintiff, Pedro Furtado, demands judgment against the Defendant, K & R Fishing Enterprises, Inc., in the amount to be determined by the jury, together with costs, interest, and reasonable attorneys fees.

5

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

RAISED IN COUNTS, I, II, III AND IV.

Respectfully submitted for the
the Plaintiff, Pedro Furtado,
by his attorneys,

Carolyn M. Latti, BBO 567394
David F. Anderson, BBO 560994
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

Dated: December 28, 2004

**UNITED STATES DISTRICT COURT**
for the
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **PEDRO FURTADO** ) | |
|     **Plaintiff** ) | |
| ) | **Civil Action** |
| **V.** ) | |
| ) | No. 04 - 12713 RWZ |
| **K & R FISHING ENTERPRISES, INC.** ) | |
|     **Defendant** ) | |

SEAMAN'S DECLARATION

The Plaintiff, Pedro Furtado, in the above entitled action is a seaman and claims the

benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals
> in their own names and for their own benefit for wages or salvage or the enforcement of
> laws enacted for their health or safety without prepaying fees or costs or furnishing
> security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and

correct. Executed on 28th day of December, 2004

David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Pedro Furtado

**DEFENDANTS**

K & R Fishing Enterprises, Inc.

**(b)** County of Residence of First Listed Plaintiff    Bristol
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Carolyn M. Latti, David F. Anderson, Latti & Anderson
LLP, 30 Union Wharf, Boston, MA 02109

Attorneys (If Known)

04 - 12713 RWZ

**II. BASIS OF JURISDICTION**    (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                              and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Propery 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 820 Copyrights | ☐ 810 Selective Service |
| Student Loans | ☒ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 830 Patent | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | | Determination |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | or Defendant) | Justice |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | State Statutes |
| | | ☐ 555 Prison Condition | | | ☐ 890 Other Statutory Actions |

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**    (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Jones Act 46 USC 688 et seq, & General Maritime Law.

**VII. REQUESTED IN COMPLAINT:**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:   JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**    (See instructions): Petition of K & R Fishing Enterprises, Inc.    JUDGE  Hon. RYA ZOBEL    DOCKET NUMBER  04-cv-12699

DATE   12-28-04

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)

   PEDRO FURTADO  VS. K & R FISHING INTERPRISES, INC.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule 40.1(a)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,     *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   _x_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

   04-12713 RWZ

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   PETITION OF K & R FISHING ENTERPRISES, INC.    CIVIL ACTION No. 04-cv-12699

   Case assigned to: Hon. RYA ZOBEL

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                 YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                                 YES ☐    NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                 YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                 YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                 YES ☒    NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☒        Central Division ☐        Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐        Central Division ☐        Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

                                                 YES ☐    NO ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME    CAROLYN M. LATTI, DAVID F. ANDERSON
                  Latti & Anderson LLP
                  30 Union Wharf
                  Boston, MA 02109
                  (617) 523-1000

(Coversheetlocal[1].wpd  - 10/17/02)