UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:04CV12713RWZ

| | |
|---|---|
| PEDRO FURTADO<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| K & R FISHING ENTERPRISES, INC. | )<br>)<br>) |

### NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Plaintiff, Pedro Furtado, in the above referenced matter.

*Thomas J. Hunt*
Thomas J. Hunt, Esquire
BBO NO.: 244680
THOMAS J. HUNT & ASSOCIATES
18 North Water Street
New Bedford, MA 02740
(508) 994-7300
(508) 984-0755 Facsimile

### CERTIFICATION

I hereby certify that I mailed a true copy of the within, via first class mail, postage prepaid to David Anderson, Esq., Latti & Anderson, LLP, 30-31 Union Wharf, Boston, MA 02109 on this 31 day of December 2004.