UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **PEDRO FURTADO** ) | |
|     Plaintiff ) | |
| ) | Civil Action |
| V. ) | |
| ) | No. 04-CV-12713-RWZ |
| **K & R FISHING ENTERPRISES, INC.** ) | |
|     Defendant ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
LATTI & ANDERSON LLP FOR THE PLAINTIFF**

    Please withdraw our appearance as counsel for the Plaintiff, Pedro Furtado, in the above-referenced matter.

                                            /s/ David F. Anderson
                                            /s/ David F. Anderson, BBO 560994
                                            Carolyn M. Latti, BBO 567394
                                            Latti & Anderson LLP
                                            30-31 Union Wharf
                                            Boston, MA 02109
                                            (617) 523-1000

Dated: January 12, 2005

CERTIFICATE OF SERVICE

     I hereby certify that on January 12, 2005, I electronically filed Notice of Withdrawal of Appearance of Latti & Anderson LLP for the Plaintiff with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                               Respectfully submitted for the
                                               the Plaintiff,

                                             /s/David F. Anderson
                                             David F. Anderson
                                             Latti & Anderson LLP
                                             30-31 Union Wharf
                                             Boston, MA 02109
                                             617-523-1000
                                             danderson@lattianderson.com