UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO FURTADO,                                CIVIL ACTION
    Plaintiff,                                NO: 04-12713-RWZ

vs.

K & R FISHING ENTERPRISES, INC.,
    Defendant.


### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, K & R Fishing Enterprises, Inc., in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/ Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
**Kenneth M. Chiarello**
**BBO NO: 639274**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:   January 20, 2005