UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO FURTADO,
    Plaintiff,

vs.

K & R FISHING ENTERPRISES, INC.,
    Defendant.

CIVIL ACTION
NO: 04-12713-RWZ

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, K & R Fishing Enterprises, Inc., in the above-entitled action.

By its attorneys,

CLINTON & MUZYKA, P.C.

"/s/ Thomas J. Muzyka"
Thomas J. Muzyka
BBO NO. 365540
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: January 20, 2005