

"Thomas Muzyka"
<tmuzyka@clinmuzyka.com>
02/18/2005 02:08 PM

To <Lisa_Urso@mad.uscourts.gov>
cc <nmc1112@aol.com>
bcc
Subject PEDRO FURTADO, Plaintiff,    vs.  K & R FISHING ENTERPRISES, INC.,  Defendant.  CIVIL ACTION NO: 04-12713-RWZ

**Re:    PEDRO FURTADO,  Plaintiff,
            vs.
            K & R FISHING ENTERPRISES, INC.,  Defendant.
            CIVIL ACTION NO:  04-12713-RWZ**

Dear Lisa:

We refer to the above matter which has a ***Discovery Scheduling Conference*** scheduled for 3:00 p.m. on Tuesday, February 22, 2005 before Judge Zobel.

In a related ***Limitation Proceeding*** , **THE PETITION OF K&R FISHING ENTERPRISES, INC. FOR EXONERATION FROM OR LIMITATION OF LIABILITY, CIVIL AND MARITIME; CIVIL ACTION  NO. 04-12699-RWZ ,**   Judge Zobel entered an Order today restraining the prosecution of all actions which includes the above referenced action.  Attorney Hunt and I wish to bring this to your attention and request that the scheduled ***Discovery Scheduling Conference***  be cancelled since it is now restrained.  This will avoid all the parties and the Court attending the previously scheduled conference.

We thank you for your attention to this request.

If we can provide you with any further information or assistance at the present writing, please do not hesitate to advise.

Best regards,
Thomas J. Muzyka
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA  02108
Tel: 617-723-9165
Fax: 617-720-3489
Email: tmuzyka@clinmuzyka.com

E-MAIL CONFIDENTIALITY NOTICE:  The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information.  If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments.  If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.