UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 04-12713-RWZ

**PEDRO FURTADO,**
    **Plaintiff**

vs.

**K & R FISHING ENTERPRISES, INC.,**
    **Defendant.**

## STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 28th day of June, 2005.

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| "/S/Thomas J. Hunt" | "/S/Thomas J. Muzyka" |
| Thomas J. Hunt | Thomas J. Muzyka |
| BBO NO: 244680 | BBO NO: 365540 |
| THOMAS J. HUNT & ASSOCIATES | Kenneth M. Chiarello |
| 18 North Water Street |    BBO NO: 639274 |
| New Bedford, MA  02740 | CLINTON & MUZYKA |
| (508) 994-7300 | One Washington Mall |
| | Suite 1400 |
| | Boston, MA  02108 |
| | (617) 723-9165 |